ACCEPTED
15-25-00185-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/7/2025 3:18 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00185-CV

IN THE COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/7/2025 3:18:57 PM
CHRISTOPHER A. PRINE
Clerk

FIFTEENTH APPELLATE DISTRICT OF TEXAS

AUSTIN, TEXAS

_____

JORDAN TAYLOR HAWKES AND BRIAN ROBY

v.

EVAN ZWERNEMAN, INDIVIDUALLY AND DBA EZ STAY AND PLAY

_____

**APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

_____

TO THE HONORABLE COURT OF APPEALS:

NOW COME JORDAN TAYLOR HAWKES AND BRIAN ROBY Appellants, acting by and through their attorney of record herein, and pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), file this unopposed motion to extend the time to file their Appellants' Brief herein. No prior extensions of time to file their Brief have been requested by Appellants.

I.

Appellants' Brief is currently due on November 19, 2025. Appellants seek a 30-day extension of time within which to file their Appellants' Brief, which would

make the Brief due on December 19, 2025.

## II.

Appellants rely on the following facts as a reasonable explanation for the requested extension of time: Appellants' counsel will be going on a long-planned vacation to Honduras from November 8, 2025 until November 15, 2025 and will not have access to internet or the ability to work on the Appellants' Brief. Additionally, Appellants' counsel has been required to spend substantial time to prepare for and attend four depositions after being notified that the Brief is due on November 19, 2025. Appellants' counsel must also devote substantial time to prepare for and attend court hearings and depositions that are scheduled before November 19, 2025, the current due date for the Brief.

## III.

This motion is filed for good cause, so that justice may be done, and is not filed solely for delay.

## IV.

The undersigned has conferred with opposing counsel, who stated he is unopposed to this request. Therefore, it is presented as an Unopposed Motion.

WHEREFORE, Appellants respectfully pray that this Court grant this Unopposed Motion for Extension of Time to file Appellants' Brief, extending the due date for said Brief to December 19, 2025.

Respectfully submitted,

/s/ *Randall E. Turner*
Texas State Bar No.: 20328310
LAW OFFICES OF RANDALL E.
TURNER, PLLC
2816 Hemphill
Fort Worth, TX  76110
Direct line: (817) 420-9690
Fax: (817) 887-5717
Email: randy@randyturner.com

**ATTORNEY FOR APPELLANTS**

**CERTIFICATE OF CONFERENCE**

Randall E. Turner, lead counsel for Appellants herein, states that he has conferred with Counsel for Appellee, Mr. James Wood, concerning the merits of the foregoing Motion for Extension of Time to File Brief.  Mr. Wood has stated that he is unopposed to the 30-day extension of time requested herein.

/s/ *Randall E. Turner*

**CERTIFICATE OF SERVICE**

A true and correct copy of the above and foregoing Motion for Extension of Time to File Appellants' Brief was served upon Evan Zwerneman, Individually and dba EZ Stay and Play, Appellee, by serving his attorney, James Wood, in accordance with the Texas Rules of Appellate Procedure, this 7th day of November, 2025, by e-service through the e-Filing service.

/s/ *Randall E. Turner*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 107815201
Filing Code Description: Motion
Filing Description: Unopposed Motion to Extend Time to File Appellants Brief
Status as of 11/7/2025 3:44 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| James Wood | | james@lineofdutylaw.com | 11/7/2025 3:18:57 PM | NOT SENT |